MEMORANDUM OPINION

No. 04-05-00944-CR

Tommie VAN CLEAVE, III ,

Appellant

v.

The STATE of Texas ,

Appellee

From the 216th Judicial District, Gillespie County, Texas

Trial Court No. 4179

Honorable Stephen B. Ables , Judge Presiding


PER CURIAM

Sitting: Alma L. López , Chief Justice

 Catherine Stone , Justice

 Rebecca Simmons , Justice

Delivered and Filed: May 10, 2006

DISMISSED

 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The motion is granted and this
appeal is dismissed. See Tex. R. App. P. 42.2(a). 

 PER CURIAM



Do Not Publish